IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AIR ALLIANCE HOUSTON, et al., ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY, et al., ) <br> ) <br> Respondents. ) <br> ) | No. 20-1268 |

# EPA'S STATUS REPORT

In compliance with the Court's June 7, 2024, Order (Document #2058405), Respondent United States Environmental Protection Agency (EPA) submits this 90-day status report. Petitioners challenge the rule entitled, "National Emission Standards for Hazardous Air Pollutants: Coal and Oil-Fired Electric Utility Steam Generating Units—Reconsideration of Supplemental Finding and Residual Risk and Technology Review," 85 Fed. Reg. 31,286 (May 22, 2020). On the same day that Petitioners in No. 20-1268 filed their petition for review of the residual risk and technology review, they also filed a petition with EPA

for reconsideration of the residual risk and technology review. Document #1857786 at 2. Petitioners then filed an unopposed motion to place this case in abeyance to allow EPA to consider the administrative petition before this case proceeds. *Id*.

On April 24, 2023, EPA published proposed amendments to its section 112 standards for electric generating units in the Federal Register in a proposed rulemaking. 88 Fed. Reg. 24854 (April 24, 2023). On May 7, 2024, EPA published a final rulemaking in the Federal Register, based on the April 24, 2023, proposal, to amend certain section 112 standards for electric generating units, titled "National Emission Standards for Hazardous Air Pollutants: Coal- and Oil-Fired Electric Utility Steam Generating Units Review of the Residual Risk and Technology Review." 89 Fed. Reg. 38508 (May 7, 2024) (hereafter the "2024 MATS Rule)".

In the 2024 MATS Rule, EPA amended certain Mercury and Air Toxics Standards (known as MATS) challenged by petitioners in this

action.[1] However, the 2024 MATS Rule did not complete the pending administrative reconsideration proceedings in this case. EPA's consideration of the administrative petition is ongoing. EPA will submit a further status report no later than 90 days from the date of this report.

Dated: January 14, 2026        Respectfully submitted,

                               */s/ Redding Cofer Cates*
                               REDDING COFER CATES
                               U.S. Department of Justice
                               Environment & Natural Resources
                               Division

---

[1] In March 2025, EPA announced its intention to reconsider the 2024 MATS Rule. Press Release, EPA, Trump EPA Announces Reconsideration of Air Rules Regulating American Energy, Manufacturing, Chemical Sectors (NESHAPs) (Mar. 12, 2025), *available at* https://perma.cc/6FSB-D4GP. Subsequently, EPA proposed to repeal the 2024 MATS Rule. 90 Fed. Reg. 25535 (June 17, 2025). The comment period on the proposed repeal closed on August 11, 2025. *Id.* As mandated by Executive Order 12866, 58 Fed. Reg. 51735 (Oct. 1993), EPA submitted the draft of its final action to OMB's Office of Information and Regulatory Affairs (OIRA) on December 23, 2025, for interagency review. EPA MATS Webpage. (last accessed January 14, 2026). The interagency review process is generally the last step in finalizing agency action. Thus, following completion of the OMB interagency review process, in accordance with OMB Memorandum M-25-36, section 1.A., EPA expects that the Administrator will finalize the action by the end of January 2026. *Id.*

Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(T) (202) 514-2617
redding.cates@usdoj.gov

*Counsel for Respondent EPA*